UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL D. JONES,<br><br>                       Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>                       Defendant. | Case No. 3:23-cv-00968<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michael D. Jones, and Defendant First Advantage Background Services Corp. ("First Advantage"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to First Advantage. Plaintiff and Defendant have agreed that all attorney's fees and costs are to be paid as outlined in the settlement agreement and release.

DATE: April 12, 2024

**CONSUMER ATTORNEYS**
*/s/ Beth K. Findsen*
Beth K. Findsen (*pro hac vice*)
E: bfindsen@consumerattorneys.com
T: (602) 807-6676
McKenzie Czabaj CT#31489
E: mczabaj@consumerattorneys.com
T: (480) 626-2376
8245 N. 85th Way
Scottsdale, AZ 85258
F: (718) 715-1750

*Attorneys for Plaintiff,*
*Michael D. Jones*

**FisherBroyles, LLP**
*/s/ Jason A. Spak*
Jason A. Spak
6360 Broad Street #5262
Pittsburgh, PA 15206
412-230-8555
jason.spak@fisherbroyles.com

*Attorney for Defendant*
*First Advantage Background Services Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Marie Tirona*
Marie Tirona